Case 1:25-cr-00229-DLH *SEALED*   Document 3   Filed 10/09/25   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| --- | --- |
| v. | ) |
| MYLIN GEORGE WICKER a/k/a CHUNKY | ) Case No. 1:25-cr-00229-01 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

REC'D USMS-D/ND
2025 OCT 9 12:54

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mylin George WICKER a/k/a Chunky,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of a Controlled Substance Resulting in Serious Bodily Injury
Possession with Intent to Distribute Fentanyl
Aiding and Abetting

Date:   10/09/2025                              /s/ Carla Schultz
                                                *Issuing officer's signature*

City and state:   Bismarck, North Dakota         Carla Schultz, Deputy Clerk
                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 10/9/25, and the person was arrested on *(date)* 10/13/25
at *(city and state)* Minot ND

Date: 10/14/25                                  Tom Walker on behalf of DEA
                                                *Arresting officer's signature*

                                                Dan Walkewitz  DUSM
                                                *Printed name and title*